**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 165 MAL 2023

           Respondent        :

                            :    Petition for Allowance of Appeal
                            :    from the Order of the Superior Court

           v.                         :

                            :

ETHAN W. RIPPEY,                :

           Petitioner         :

**ORDER**

**PER CURIAM**

     **AND NOW**, this 16th day of October, 2023, the Petition for Allowance of Appeal is **DENIED**.